Thomas USSELTON,
Employee/Respondent,

v.

NATIONAL SUPER MARKETS, INC.,
Employer–Insurer/Appellant.

No. 65568.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 18, 1994.

Constance M. Warner, National Super Markets, Inc., St. Louis, for appellant.

Thomas J. Gregory, Mogab & Hughes, P.C., St. Louis, for respondent.

Before REINHARD, P.J., and CRANDALL and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Employer appeals from an award of the Labor and Industrial Relations Commission (Commission) holding employer liable to claimant for a permanent and total disability lifetime benefits. We affirm. The order of the Commission is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this

order affirming the judgment pursuant to Rule 84.16(b).